ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| JULIÁN LONDOÑO GUZMÁN<br><br>Recurrido<br><br><br>V.<br><br><br>COOPERATIVA DE AHORRO Y CRÉDITO TU COOP<br><br>Recurrente | KLRA202400070 | Revisión Judicial procedente de la Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico<br><br>Caso Núm.:<br>Q-2023-AC-0005<br><br>Sobre:<br>ART. 4.02 de la Ley de Sociedades Cooperativas de Ahorro y Crédito de 2002; Art. XV Sección 1 del Reglamento General de TUCOOP |

Panel integrado por su presidente, el juez Figueroa Cabán, el juez Bonilla Ortiz, la jueza Mateu Meléndez y la jueza Prats Palerm

**Figueroa Cabán, Juez Ponente**

### RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de marzo de 2024.

Atendida la *Moción Desistiendo con Perjuicio del Recurso de Revisión*, presentada por la parte recurrente el 5 de marzo de 2024, **Ha lugar.** En consecuencia, se dicta sentencia de desistimiento con perjuicio.

Se ordena el cierre y archivo definitivo del procedimiento de epígrafe. Regla 83(A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83(A).

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2024_____